FILED

JUN 28 2017

CLERK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:17CR226-WKW |
| v. ) | [18 USC § 751(a)] |
| ) | |
| WILLIE GEORGE TALLIE ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about June 22, 2017, in Montgomery County, within the Middle District of Alabama, the defendant,

**WILLIE GEORGE TALLIE,**

did knowingly escape from the custody of the Dismas House, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Middle District of Alabama upon conviction for two crimes: Interference with Commerce by Robbery, and Brandishing a Firearm in Furtherance of a Crime of Violence; all in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL:

/s/ James C. Hart
Foreperson

A. CLARK MORRIS
ACTING UNITED STATES ATTORNEY

/s/ Bradley Bodiford
BRADLEY BODIFORD
Assistant United States Attorney